# IN THE SUPREME COURT OF PENNSYLVANIA
## MIDDLE DISTRICT

COMMONWEALTH OF PENNSYLVANIA, : No. 391 MAL 2014
                             :
           Respondent        :
                             : Petition for Allowance of Appeal from the
                             : Order of the Superior Court
            v.                  :
                             :
                             :
CHAPEL THOMPSON,             :
                             :
           Petitioner         :

## ORDER

**PER CURIAM**

      **AND NOW**, this 15th day of October, 2014, the Petition for Allowance of Appeal is **DENIED**.